UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BART BOKANOSKI, ROBERT DIZINNO and JEREMY ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>LEPAGE BAKERIES PARK ST., LLC, C.K. SALES CO., LLC<br><br>Defendants | CIVIL ACTION NO: 3-15-cv-00021-JCH<br><br><br><br><br>JANUARY 26, 2015 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(b), Plaintiffs Bart Bokanoski, Robert Dizinno and Jeremy Anderson, on behalf of themselves and all others similarly situated, and through their undersigned attorneys, hereby moves for admission *pro hac vice* of his counsel, Matthew W. Thomson, of Lichten & Liss-Riordan, P.C., so that he may represent the plaintiffs in the above-captioned matter before this Court.  In support of this motion, the Affidavit of Matthew W. Thomson is attached hereto as "Exhibit A," and his Certificate of Good Standing is attached hereto as "Exhibit B."

WHEREFORE, Plaintiffs respectfully request that this Court should grant Plaintiff's Motion for the Admission of Matthew W. Thomson *pro hac vice*.

Plaintiffs, Bart Bokanoski, Robert Dizinno and Jeremy Anderson, on behalf of themselves and all others similarly situated

By: */s/ Richard Hayber*
Richard E. Hayber, #ct11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
Tel:  (860) 522-8888
Fax: (860) 218-9555
rhayber@hayberlawfirm.com

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 26, 2015, a copy of this document was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

               */s/ Richard Hayber*
                Richard E. Hayber

3