IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BART BOKANOSKI<br>ROBERT DIZINNO, and<br>JEREMY ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>    PLAINTIFFS,<br><br>v.<br><br>LEPAGE BAKERIES PARK ST., LLC,<br>C.K. SALES CO., LLC,<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br>3:15-cv-00021-JCH<br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 5, 2015 |

**MOTION FOR SPECIAL PERMISSION OF VISITING
LAWYER, KEVIN P. HISHTA, TO APPEAR PRO HAC VICE**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a member in good standing of the bar of this Court, respectfully moves on behalf of Defendants Lepage Bakeries Park St., LLC and CK Sales Co., LLC ("Defendants") for the admission of Kevin P. Hishta to appear on behalf of Defendants in this matter. In support of this motion, the undersigned represents as follows:

1.    Attorney Hishta is an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., the same law firm as the undersigned sponsoring attorney. His office address is:

> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> 191 Peachtree Street, N.E. – Suite 4800
> Atlanta, GA 30303
> Telephone: (404) 881-1300
> Facsimile: (404) 870-1732

2.    Attorney Hishta is a member in good standing of the Georgia State bar and is authorized to practice law in the following courts:

- 2 -

| NAME OF STATE OR FEDERAL BAR OR COURT | BAR NUMBER OR MEMER ID | DATE ADMITTED |
|---|---|---|
| State Bar of Georgia | 357410 | November 12, 1982 |
| Supreme Court of Georgia | 357410 | February 17, 1983 |
| Court of Appeals of Georgia | 357410 | February 17, 1983 |
| United States District Court, Northern District of Georgia | 357410 | December 13, 1982 |
| United States District Court, Middle District of Georgia | 357410 | August 27, 1998 |
| United States Court of Appeals (Eleventh Circuit) | 357410 | August 30, 2008 |
| United States Supreme Court | | November 3, 2008 |
| United States Court of Appeals (Ninth Circuit) | | August 19, 2011 |
| United States Court of Appeals (Fourth Circuit) | | May 8, 2012 |

3.      To the best of my knowledge, Attorney Hishta has never been denied admission nor disciplined by this Court, nor has he been denied admission or disciplined by any other court.

4.      A declaration setting forth the necessary information regarding Attorney Hishta's qualifications to practice before this Court, along with other information required by Local Rule 83.1(d), is attached hereto as Exhibit A, which is incorporated herein by reference.

5.      Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(e), Attorney Hishta has designated the undersigned counsel, Kelly M. Cardin, and her office, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 281 Tresser Blvd., 6th Floor, Stamford, CT 06901, telephone (203) 969-3100, as the member of the bar of this Court upon whom all service of papers shall also be made.

6.      Good cause exists to admit Attorney Hishta *pro hac vice,* as he has been specially retained to represent Defendants in the above-captioned action and has a history of representing Defendants.

- 3 -

7.      Granting this motion will not require modification of any scheduling order or any deadline established by the standing order on civil cases.

WHEREFORE, Defendants respectfully request that this Court grant admission of Kevin P. Hishta, Esq. *pro hac vice*.

>DEFENDANTS,
>LEPAGE BAKERIES PARK ST., LLC, and
>CK SALES CO., LLC
>
>By   */s/ Kelly M. Cardin*
>     Kelly M. Cardin (ct29162)
>     kelly.cardin@odnss.com
>     Ogletree, Deakins, Nash, Smoak
>        & Stewart, P.C.
>     281 Tresser Blvd., 6th Floor
>     Stamford, CT 06901
>     Tel.: (203) 969-3109
>     Fax: (877) 227-3928

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 5, 2015a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kelly M. Cardin
Kelly M. Cardin

# Exhibit A

- 6 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BART BOKANOSKI<br>ROBERT DIZINNO, and<br>JEREMY ANDERSON,<br>on behalf of themselves and all<br>others similarly situated,<br><br>    PLAINTIFFS,<br><br>v.<br><br>LEPAGE BAKERIES PARK ST., LLC,<br>C.K. SALES CO., LLC,<br><br>    DEFENDANTS. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:15-cv-00021-JCH<br><br><br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 5, 2015 |

### AFFIDAVIT OF KEVIN P. HISHTA, ESQUIRE

Kevin P. Hishta, Esq., being duly sworn, hereby states:

1. I submit this affidavit in support of my application pursuant to D. Conn. L. Civ. R. 83.1(d), for admission *pro hac vice* to practice on behalf of the Defendants, Lepage Bakeries Park St., LLC and CK Sales Co., LLC ("Defendants"), in this matter.

2. I am over the age of eighteen (18) and believe in the obligation of an oath.

3. I am an attorney at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. My office address is 191 Peachtree Street, Suite 4800, Atlanta, GA 30303. My telephone number is (404) 881-1300. My facsimile number is (404) 870-1732. My email address is kevin.hishta@ogletreedeakins.com.

4. I am a member in good standing of the George State bar and am eligible to practice before the following courts:

- 7 -

| NAME OF STATE OR FEDERAL BAR OR COURT | BAR NUMBER OR MEMER ID | DATE ADMITTED |
|---|---|---|
| State Bar of Georgia | 357410 | November 12, 1982 |
| Supreme Court of Georgia | 357410 | February 17, 1983 |
| Court of Appeals of Georgia | 357410 | February 17, 1983 |
| United States District Court, Northern District of Georgia | 357410 | December 13, 1982 |
| United States District Court, Middle District of Georgia | 357410 | August 27, 1998 |
| United States Court of Appeals (Eleventh Circuit) | 357410 | August 30, 2008 |
| United States Supreme Court | | November 3, 2008 |
| United States Court of Appeals (Ninth Circuit) | | August 19, 2011 |
| United States Court of Appeals (Fourth Circuit) | | May 8, 2012 |

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Pursuant to Local Rule 83.1(d)(1)(e), I designate Kelly M. Cardin, Esq., and her office, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 281 Tresser Boulevard, Suite 602, Stamford, CT 06901, telephone: (203) 969-3109, as the member of the bar of this Court upon whom all service of papers shall be made.

9. I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

10. There is good cause for my admission *pro hac vice* in that: (a) my firm has been retained as litigation counsel for Defendants for this matter; and (b) Defendants have expressed their strong interest and confidence in my recommendations as to matters of litigation and have requested that I and my firm represent their interests in this matter.

AFFIANT,

_____
Kevin P. Hishta, Esq.

Subscribed and sworn to
before me this 5th day
of February, 2015.

_____
Notary Public

[Notary Seal: LYNDA H. SPRING, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, EXPIRES June 29, 2018]