IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BART BOKANOSKI | : | CIVIL ACTION NO. |
| ROBERT DIZINNO, and | : | 3:15-cv-00021-JCH |
| JEREMY ANDERSON, | : | |
| on behalf of themselves and all | : | |
| others similarly situated, | : | |
| | : | |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| LEPAGE BAKERIES PARK ST., LLC, | : | |
| C.K. SALES CO., LLC, | : | |
| | : | |
| DEFENDANTS. | : | November 22, 2016 |

**JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND REQUEST TO EXTEND STAY AND FILE PRELIMINARY APPROVAL MOTION ON OR BEFORE DECEMBER 2, 2016**

On October 11, 2016, the Court entered a stay so that the Parties could attend mediation and attempt to resolve this matter. Since that time, the Parties attended mediation on November 7, 2016 with experienced wage and hour mediator Carole Katz, Esq., and have agreed to a proposed settlement that would resolve all claims of the putative class members to this action, and result in dismissal of this action with prejudice. Under the terms of the Court's previous Order, the stay of this litigation would be automatically lifted on November 22, 2016, fifteen days after the mediation. Presently, the Parties continue to exchange drafts of the proposed settlement materials, and request that the Court extend the stay of this matter until **December 2, 2016**, at which time Plaintiffs shall file a motion for preliminary approval of the class action settlement, setting forth the details of the Parties' proposal and seeking authorization to notify class members of the proposed settlement.

Respectfully submitted,

| | |
|---|---|
| *Attorneys for Plaintiffs,* <br> BART BOKANOSKI <br> ROBERT DIZINNO, and <br> JEREMY ANDERSON, <br> on behalf of themselves and all <br> others similarly situated, <br><br> By  */s/ Harold L. Lichten* <br> Harold L. Lichten <br> *Admitted pro hac vice* <br> Matthew W. Thomson <br> *Admitted pro hac vice* <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston St., Suite 2000 <br> Boston, MA 02116 <br> (617) 994-5800 <br> hlichten@llrlaw.com <br> mthomson@llrlaw.com <br><br> Richard E. Hayber (ct11629) <br> Hayber Law Firm, LLC <br> Employee Rights Advocates <br> 221 Main Street <br> Hartford, CT 06106 <br> (860) 522-8888 <br> rhayber@hayberlawfirm.com | *Attorneys for Defendants,* <br> LEPAGE BAKERIES PARK ST., LLC and <br> C.K. SALES CO., LLC <br><br> By   */s/ John G. Stretton (with express permission)* <br> John G. Stretton (CT19902) <br> john.stretton@ogleetreedeakins.com <br> Kelly M. Cardin (CT29162) <br> kelly.cardin@ogletreedeakins.com <br> OGLETREE, DEAKINS, NASH, SMOAK & <br> STEWART, P.C. <br> 281 Tresser Boulevard, Suite 602 <br> Stamford, CT  06901 <br> Tel.: 203-969-3100 <br> Fax: 203-969-3150 <br><br> Kevin P. Hishta <br> *Admitted pro hac vice* <br> A. Craig Cleland <br> *Admitted pro hac vice* <br> Margaret Santen Hanrahan <br> *Admitted pro hac vice* <br> OGLETREE, DEAKINS, NASH, SMOAK & <br> STEWART, P.C. <br> One Ninety One Peachtree Tower <br> 191 Peachtree St. NE, Suite 4800 <br> Atlanta, GA  30303 <br> Tel.:  404.881.1300 <br> Fax:  404.870.1732 <br> kevin.hishta@ogletreedeakins.com <br> craig.cleland@ogletreedeakins.com <br> maggie.hanrahan@ogletreedeakins.com <br><br> Diane M. Saunders <br> *Admitted pro hac vice* <br> OGLETREE, DEAKINS, NASH, SMOAK & <br> STEWART, P.C. <br> One Boston Place, Suite 3220 <br> Boston, MA 02109 <br> Tel.:  617.994.5704 <br> Fax: 617.994.5701 |

## CERTIFICATION

I hereby certify that on November 22, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

> */s/ Harold Lichten*
> Harold Lichten