**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

_____

|  |  |  |
|---|---|---|
| BART BOKANOSKI, ROBERT DIZINNO, and | ) | |
| JEREMY ANDERSON, on behalf of themselves | ) | |
| And all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 3:15-cv-00021 |
| | ) | |
| LEPAGE BAKERIES PARK ST., LLC, and | ) | |
| C.K. SALES CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## MOTION FOR ADM1SSION OF CHARLES E. SCHAFFER PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules of Civil Procedure, the Objectors, by and through their undersigned counsel, respectfully request that this Court admit Charles E. Schaffer, Pro Hac Vice to appear in this Court on their behalf in the above-captioned matter. Sponsoring Attorney Barbara J. Collins, Esq., is an attorney with the Law Office of Barbara J. Collins in Hartford, Connecticut. Attorney Collins is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made upon Attorney Collins in accordance with Local Rule 83.1(c). In support of this motion, the Objectors submit the Declaration of Charles E. Schaffer where he states his qualifications for admissions Pro Hac Vice in accordance with Local Rule 83.1(d), attached hereto as Exhibit A.

Dated: March 3, 2017
New Haven, CT

LAW OFFICE OF BARBARA J. COLLINS

By: _/s/ Barbara J. Collins_____
    Barbara J. Collins, Esq.
    557 Prospect Avenue, 1st Floor
    Hartford, CT 06105
    Phone: (860)570-4627

## <u>CERTIFICATION</u>

I hereby certify that on March 3, 2017 a copy of the foregoing Motion and attachments were filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to the following parties, by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]:

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592-4663
Email: cschaffer@lfsblaw.com

Harold L. Lichten
Lichten & Liss−Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617−994−5800
Fax: 617−994−5801
Email: hlichten@llrlaw.com

Matthew W. Thomson
Lichten & Liss−Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617−994−5800
Email: mthomson@llrlaw.com

Richard Eugene Hayber
Hayber Law Firm LLC
221 Main Street, Suite 502
Hartford, CT 06106
860−522−8888
Fax: 860−218−9555
Email: rhayber@hayberlawfirm.com

Anthony J. Pantuso , III
Hayber Law Firm LLC
221 Main Street, Suite 502
Hartford, CT 06106
860−522−8888
Email: apantuso@hayberlawfirm.com

Craig Cleland
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C. − GA
191 Peachtree St., Suite 4800
Atlanta, GA 30303
404−881−1300
Fax: 404−870−1732
Email: craig.cleland@ogletreedeakins.com

Kevin P. Hishta
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C. − GA
191 Peachtree St., Suite 4800
Atlanta, GA 30303
404−881−1300
Fax: 404−870−1732
Email: kevin.hishta@ogletreedeakins.com

Margaret Santen Hanrahan
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C. − GA
191 Peachtree St., Suite 4800
Atlanta, GA 30303
404−881−1300
Fax: 404−870−1732
Email: maggie.hanrahan@ogletreedeakins.com

Ashley Totorica
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.− CT
Two Stamford Plaza
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
203−969−3104
Fax: 877−229−7662
Email: ashley.totorica@ogletreedeakins.com

Diane M. Saunders
Ogletree Deakins Nash Smoak & Stewart
P.C. − MA
One Boston Place − Suite 3220
Boston, MA 02108
(617) 994−570
Fax: (617) 994−5701
Email: diane.saunders@ogletreedeakins.com
John Gerard Stretton

Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.− CT
281 Tresser Boulevard 6th Floor
Stamford, CT 06901
877−227−3928
Fax: 877−229−7662
Email: john.stretton@ogletreedeakins.com

Kelly Marie Cardin
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.− CT
281 Tresser Boulevard 6th Floor
Stamford, CT 06901
877−227−3928
Fax: 877−229−7662
Email: kelly.cardin@odnss.com

/s/ Barbara J. Collins
Barbara J. Collins