# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BART BOKANOSKI, ROBERT DIZINNO, and JEREMY ANDERSON, on behalf of themselves And all others similarly situated,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LEPAGE BAKERIES PARK ST., LLC, and C.K. SALES CO., LLC,<br>　　　　　　　　　　　Defendants. | Case No.: 3:15-cv-00021 |

## DECLARATION OF CHARLES E. SCHAFFER

I, CHARLES E. SCHAFFER, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct and based upon personal knowledge:

1. I am an attorney at the law firm of Levin Sedran & Berman, located at 510 Walnut Street, Suite 500, Philadelphia, PA  19106.  My telephone number is (215) 592-1500, my fax number is (215) 592-4663, and my email address is cschaffer@lfsblaw.com .

2. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.  My bar number is:  76259.

3. I have also been admitted to practice before, and currently in good standing in the following courts:

| Court: | Admission Date: |
|---|---|
| Supreme Court of Pennsylvania | 11/27/1995 |
| <u>U.S. Courts of Appeals</u> | |
| Court of Appeals for the 3rd Circuit | 03/31/1998 |
| Court of Appeals for the 6th Circuit | 11/14/2012 |

| U.S. District Courts | |
|---|---|
| Eastern District of Pennsylvania | 02/05/1998 |
| Central District of Illinois | 03/14/2011 |
| Northern District of Illinois | 01/30/2012 |
| Middle District of Pennsylvania | 04/13/2012 |
| Northern District of New York | 03/07/2013 |
| District of Colorado | 07/15/2013 |
| Western District of Pennsylvania | 01/29/2016 |

4. I hereby state that:

   a. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and

   b. I have not been denied admissions to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court and the Connecticut Rules of Professional Conduct.

6. I designate Barbara J. Collins to act as local counsel with me in this action and as my agent for service of process; and I designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

7. A Certificate of Good Standing from the Commonwealth of Pennsylvania will be filed with the Clerk of the Court no later than 60 days after the date of admission, pursuant to Rule 83.1 of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

_3/3/17_
Date

Charles E. Schaffer