# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BART BOKANOSKI, ROBERT DIZINNO and JEREMY ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>LEPAGE BAKERIES PARK ST., LLC, C.K. SALES CO., LLC<br><br>Defendants | CIVIL ACTION NO: 3-15-cv-00021-JCH<br><br><br><br><br><br>March 7, 2017 |

### AFFIDAVIT OF SHANNON LISS-RIORDAN

I, Shannon Liss-Riordan, being duly sworn, do hereby depose and state as follows:

1. I am an attorney at the firm of Lichten & Liss-Riordan, P.C., located at 729 Boylston Street, Suite 2000, Boston, Massachusetts 02116. My telephone number is (617) 994-5800, my fax number is (617) 994-5801, and my email is sliss@llrlaw.com.

2. I am a member of good standing of the bar of the Commonwealth of Massachusetts, Bar Number 640716.

3. I am also a member of good standing of the bar of California, Bar Number 310719.

4. I am also a member in good standing of the bar of New York, Bar Number 2971927.

5. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

6. I am not subject to any pending disciplinary proceedings.

7. I have not been denied admission or been disciplined by, resigned from, or surrendered my license to practice before or withdrawn an application for admission to practice before this Court or any other Court, while facing a disciplinary complaint.

8. I have fully reviewed, and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I designate Richard E. Hayber, my sponsoring attorney, as my agent for service of process. I also designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Signed under the pains and penalties of perjury this 7 day of 3, 2017.

Shannon Liss-Riordan

Subscribed and sworn to before me this 7 day of March, 2017.

REBECCA M SHUFORD
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 05, 2022

2